*Michele C. Lukban,* deputy assistant state's attorney, in opposition.

Decided June 25, 1997

## LOUIS VITALE *v.* VINCENT YIK

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 927 (AC 16120), is denied.

BERDON, J., did not participate in the consideration or decision of this petition.

*Louis Vitale,* pro se, in support of the petition.

*Vincent Yik,* pro se, in opposition.

Decided June 25, 1997

## EILEEN COPPOLA *v.* PAUL J. COPPOLA

The plaintiff's petition for certification for appeal from the Appellate Court, 44 Conn. App. 930 (AC 15559), is granted, limited to the following issue:

"Did the Appellate Court properly affirm the trial court's judgment of dismissal?"

The Supreme Court docket number is SC 15715.

*Pat Labbadia III,* in support of the petition.

Decided June 25, 1997

## STATE OF CONNECTICUT *v.* SCOTT GRAHAM

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 12 (AC 15121), is denied.